AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| CLIFF E. KATZ, individually and on behalf of a class of similarly situated persons<br>*Plaintiff(s)*<br>v.<br>Healthcare Revenue Recovery Group, LLC, d/b/a Account Resolution Services<br>*Defendant(s)* | 22-cv-21261-KING/DAMIAN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Healthcare Revenue Recovery Group, LLC
d/b/a Account Resolution Services
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahasee, FL 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alexander J. Taylor
Sulaiman Law Group, Ltd
2500 S Highland Ave, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  Apr 22, 2022

Angela E. Noble
Clerk of Court

s/ B. Bernard
Deputy Clerk
U.S. District Courts

**SUMMONS**