UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-21261-JLK

CLIFF E. KATZ, individually and on
behalf of a class of similarly
situated persons,

      Plaintiff,

vs.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, d/b/a ACCOUNT
RESOLUTION SERVICES,

      Defendant.

_____/

## ORDER DIRECTING PLAINTIFF TO FILE ESTIMATED LENGTH OF TRIAL

**THIS MATTER** comes before the Court *sua sponte*.

Plaintiff filed her Complaint on April 22, 2022. DE 1. The Court has reviewed the Complaint, and Civil Cover Sheet (DE 1-1) does not state the estimated length of trial of this matter.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff shall **FILE** the number of days of estimated length of trial (for both sides to try entire case), **within five (5) days.**

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 25th day of April, 2022.

JAMES LAWRENCE KING
UNITED STATES DISTRICT COURT

**cc:**    **All Counsel of Record**