IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CLIFF E. KATZ,

    Plaintiff

vs.

Healthcare Revenue Recovery Group, LLC, d/b/a Account Resolution Services

    Defendant
_____/

Case No. 1:22-cv-21261-JLK

District Judge
James Lawrence King

## PLAINTIFF'S ESTIMATION OF TRIAL LENGTH

NOW COMES CLIFF E. KATZ, by and through his undersigned counsel, and in response to the Court's order dated 4/25/22 (dkt. 4), states as follows:

1. This civil action asserts that Defendant violated provisions of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et al.*, as well as provisions of N.Y. Gen. Bus. Law § 349(a).[1]

2. If this civil action proceeds to trial, Plaintiff's counsel estimates that a jury trial would take no more than two (2) days (inclusive of picking a jury).

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq. Fl. Bar # 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com

***Counsel for Plaintiff***

---

[1] The caption of Complaint was erroneously styled as a putative class action.

1

**Certificate/Proof of Service**

I certify that by e-filing the above document on today's date of <u>May, 4, 2022</u>, that the Clerk of Court's ECF filing system will deliver a copy of this document to all counsel of record.

<u>/s/ *Alexander J. Taylor*</u>
Alexander J. Taylor, Esq. Fl. Bar # 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Ste. 200
Lombard, IL 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com

***Counsel for Plaintiff***