UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-21261-CV-KING

CLIFF E. KATZ,
*individually and on behalf of a class of*
*similarly situated persons*,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY GROUP,
LLC, do*ing business as Account Resolution Services*

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the court upon the Joint Stipulation of Dismissal With Prejudice (D.E. #13), filed September 14, 2022. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction to enforce the terms of the agreement.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. All Discover Deadlines, Motion Practice, Pretrial Conference and Trial dates are hereby cancelled.

4. The Clerk shall **CLOSE** this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of September, 2022.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:
*Counsel for Plaintiff:*
**Alexander James Adducci Taylor**

Sulaiman Law Group, Ltd

2500 South Highland Avenue, Suite 200

Lombard, IL 60148

6305758181

Fax: 6305758188

Email: ataylor@sulaimanlaw.com


*Counsel for Defendant:*
**Ernest Henry Kohlmyer , III.**

Shepard, Smith, Kohlmyer & Hand, P.A.

2300 Maitland Center Parkway

Suite 100

Maitland, FL 32751

407-622-1772

Fax: 407-622-1884

Email: skohlmyer@shepardfirm.com